# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>ROMAN RODARTE,<br><br>             Defendant. | CASE NO. 12CR33-MMA<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_X_** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**_X_** of the offense(s) as charged in the Information:

8USC1324(a)(1)(A)(ii) and (v)(II) - TRANSPORTATION OF ILLEGAL ALIENS AND AIDING AND ABETTING

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 26, 2012

                                     William McCurine, Jr.
                                     U.S. Magistrate Judge

FILED
JAN 26 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY